# In the United States District Court for the Southern District of Georgia Brunswick Division

SERGIO VIERA,

    Petitioner,

v.

R.S. DUNBAR,

    Respondent.

CIVIL ACTION NO.: 2:21-cv-79

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Sergio Viera ("Viera") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Viera's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to exhaust his administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Viera *in*

AO 72A
(Rev. 8/82)

*forma pauperis* status on appeal.

**SO ORDERED**, this ___30___ day of ___June___, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)